NOT FOR PUBLICATION


UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-10003 |
| Plaintiff - Appellee, | D.C. No. 4:13-cr-01223-JGZ |
| v. | |
| JESUS FRIAS-VIRAMONTES, a.k.a. Jesus Frias, a.k.a. J. Jesus Frias-Viramontes, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Linda R. Reade, District Judge, Presiding**

Submitted August 25, 2015***

Before:    McKEOWN, CLIFTON, and HURWITZ, Circuit Judges.

---

\*       This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

\*\*       The Honorable Linda R. Reade, Chief United States District Judge for the Northern District of Iowa, sitting by designation.

\*\*\*       The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Jesus Frias-Viramontes appeals from the district court's judgment and challenges his guilty-plea conviction and 57-month sentence for reentry after deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Frias-Viramontes's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Frias-Viramontes the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

The record reflects that Frias-Viramontes pleaded guilty to reentry after deportation, not to attempted reentry after deportation. We remand the case to the district court to correct the judgment.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED; REMANDED to correct the judgment.**

14-10003